**No. 63512.**—Max Eckardt & Sons Ornament Corp. *v.* United States, protest 59/4477 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise in cases 14735/14777 are glass Christmas tree ornaments, valued at $7.626 per gross, the claim of the plaintiff was sustained.

**No. 63513.**—Manca, Inc. *v.* United States, protest 268083–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.